# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHROME CHERRY DESIGN STUDIO (PTY) LTD,<br><br>     Plaintiff,<br> v.<br><br>SHENZHEN BELLSWIN TECHNOLOGY CO., LTD., et al.,<br><br>     Defendants. | Case No. 21-cv-06089<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, January 26, 2022, at 9:45 a.m., Plaintiff Chrome Cherry Design Studio (Pty) Ltd ("Chrome Cherry" or "Plaintiff"), by its counsel, shall appear before the Honorable Elaine E. Bucklo in Courtroom 2243 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Entry of Default and Default Judgment.

Dated this 21st day of January 2022.	Respectfully submitted,

/s/ Jake M. Christensen
Justin R. Gaudio
Christopher S. Hermanson
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
jgaudio@gbc.law
chermanson@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff*
*Chrome Cherry Design Studio (Pty) Ltd*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of January 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Pierre Swart and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Jake M. Christensen
Justin R. Gaudio
Christopher S. Hermanson
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
jgaudio@gbc.law
chermanson@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff*
*Chrome Cherry Design Studio (Pty) Ltd*