# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chrome Cherry Design Studio (Pty) Ltd

          Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

          Defendant.

Case No.:
1:21−cv−06089

Honorable Elaine
E. Bucklo


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, January 26, 2022:


      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for entry of default and default judgment [39] against all remaining defendants is granted. Enter Final Judgment Order. The Clerk of the Court is directed to return the surety bond posted in the amount of ten thousand dollar ($10,000) to Chrome Cherry Design Studio (Pty) Ltd. or its counsel Greer Burns & Crain Ltd. Civil case terminated. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.