**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHROME CHERRY DESIGN STUDIO (PTY) LTD,

Plaintiff,

v.

SHENZHEN BELLSWIN TECHNOLOGY CO., LTD., et al.,

Defendants.

Case No. 21-cv-06089

**Judge Elaine E. Bucklo**

**Magistrate Judge Young B. Kim**

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Chrome Cherry Design Studio (Pty) Ltd ("Chrome Cherry" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Chrome Cherry, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Chrome Cherry having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products that infringe directly and/or indirectly Chrome Cherry's United States design patent shown in the below chart (the "CHROME CHERRY Design").

| Patent Number | Claim | Issue Date |
| --- | --- | --- |
| D813,317 | FIG. 1<br>FIG. 3<br>FIG. 16 | March 20, 2018 |




THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. offering for sale, selling and importing any product not authorized by Chrome Cherry and that includes any reproduction, copy or colorable imitation of the design claimed in the CHROME CHERRY Design;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the CHROME CHERRY Design; and

c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Chrome Cherry's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), DHgate, and ContextLogic Inc. d/b/a Wish.com ("Wish.com") (collectively, the "Third Party Providers") shall within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the CHROME CHERRY Design.

3. Pursuant to 35 U.S.C. § 289, Chrome Cherry is awarded profits from each of the Defaulting Defendants for infringing use of the CHROME CHERRY Design on products sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| Fashion Silicone Products (Shenzhen) Co., Ltd. | $250 |
| Shantou Beijia Technology Co., Ltd. Trading Company | $250 |
| Shenzhen Bellswin Technology Co., Ltd. | $250 |
| Shenzhen Wingene Electronic Development Co., Ltd. | $250 |
| Yongkang Shunhui Import & Export Co., Ltd. Trading Company | $250 |
| Cheapest Baby & Mother's Store | $3,895 |
| Fun Pluss Store | $851 |
| happyday888 Store | $818 |
| hommy changran store | $630 |
| Jkela Official Store | $563 |
| plp 888 Store | $250 |

| Practical quality Store | $795 |
|---|---|
| RECEESOON Store | $642 |
| Shiny Toy World Store | $326 |
| Shop5842135 Store | $250 |
| Shop911337197 Store | $250 |
| 28Kids Toy Store | $1,086 |
| Children's boutique gift Store | $250 |
| Jany kktoy Store | $250 |
| JT RC Toy Store | $630 |
| LeZhiCai Store | $286 |
| Lx toy Store | $382 |
| Shop910763020 Store | $250 |
| SimonZhao Store | $250 |
| Yun Shang Store | $250 |
| biaobiaoshanghang | $250 |
| DEJHDW | $250 |
| FunChou | $582 |
| haochenbaihuoshangcheng | $250 |
| Mighty-pro | $1,255 |
| Fruitorange | $250 |
| duozifengcai123 | $250 |
| Ernie's ToyShop | $250 |
| lisheng's shop | $250 |
| MarquisMattox | $250 |
| MMS Tmall | $310 |
| Moshk | $250 |
| Ninomi | $1,997 |
| Pierre | $250 |
| teresa buendia | $250 |
| wan widget maker intemational | $250 |
| yuste998 | $250 |

4. Chrome Cherry may serve this Order on Third Party Providers, including PayPal, Inc. (“PayPal”), eBay, Alipay, Alibaba, Ant Financial Services Group (“Ant Financial”), Wish.com, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses Chrome Cherry used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, are hereby released to Chrome Cherry as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, are ordered to release to Chrome Cherry the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Chrome Cherry has recovered full payment of monies owed to it by any Defaulting Defendant, Chrome Cherry shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, DHgate, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, DHgate, Wish.com, and Amazon Pay, shall within ten (10) business days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected

to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Pierre Swart, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Chrome Cherry as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Chrome Cherry identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Chrome Cherry may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Pierre Swart and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Chrome Cherry is hereby released to Chrome Cherry or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Chrome Cherry or its counsel.

This is a Final Judgment.

DATED: January 26, 2022

Elaine E. Bucklo
United States District Judge

**Chrome Cherry Design Studio (Pty) Ltd v. Shenzhen Bellswin Technology Co., Ltd., et al. - Case No. 21-cv-6089**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| **No** | **URL** | **Name / Seller Alias** |
| 1 | bellswin.en.alibaba.com | Shenzhen Bellswin Technology Co., Ltd. |
| 2 | bjkjtoy.en.alibaba.com | Shantou Beijia Technology Co., Ltd. Trading Company |
| 3 | fscool.en.alibaba.com | Fashion Silicone Products (Shenzhen) Co., Ltd. |
| 4 | shunhuico.en.alibaba.com | Yongkang Shunhui Import & Export Co., Ltd. Trading Company |
| 5 | win-gene.en.alibaba.com | Shenzhen Wingene Electronic Development Co., Ltd. |
| 6 | aliexpress.com/store/2654083 | Jkela Official Store |
| 7 | aliexpress.com/store/3861027 | Cheapest Baby & Mother's Store |
| 8 | aliexpress.com/store/5070346 | hommy changran store |
| 9 | aliexpress.com/store/5842135 | Shop5842135 Store |
| 10 | aliexpress.com/store/910326216 | RECEESOON Store |
| 11 | DISMISSED | DISMISSED |
| 12 | aliexpress.com/store/911337197 | Shop911337197 Store |
| 13 | aliexpress.com/store/911712426 | Fun Pluss Store |
| 14 | aliexpress.com/store/911856061 | Shiny Toy World Store |
| 15 | aliexpress.com/store/912270128 | plp 888 Store |
| 16 | aliexpress.com/store/912301124 | happyday888 Store |
| 17 | jiansu.aliexpress.com/store/5786636 | Practical quality Store |
| 18 | aliexpress.com/store/1281021 | Yun Shang Store |
| 19 | aliexpress.com/store/1815286 | JT RC Toy Store |
| 20 | aliexpress.com/store/3101079 | SimonZhao Store |
| 21 | aliexpress.com/store/5737026 | LeZhiCai Store |
| 22 | aliexpress.com/store/5961054 | Lx toy Store |
| 23 | aliexpress.com/store/910316269 | Jany kktoy Store |
| 24 | aliexpress.com/store/910763020 | Shop910763020 Store |
| 25 | aliexpress.com/store/910931004 | Children's boutique gift Store |
| 26 | aliexpress.com/store/910992037 | 28Kids Toy Store |
| 27 | amazon.com/sp?seller=A1B38BF4IPVQ3Z | DEJHDW |
| 28 | amazon.com/sp?seller=A1B4ZZWDZGQ0WN | Mighty-pro |
| 29 | amazon.com/sp?seller=A2O4GID1U4IVJQ | haochenbaihuoshangcheng |

| | | |
|---|---|---|
| 30 | amazon.com/sp?seller=A3KB2SK4NEPH9L | FunChou |
| 31 | amazon.com/sp?seller=AZJLLLOXQG4MB | biaobiaoshanghang |
| 32 | dhgate.com/store/21715106 | Fruitorange |
| 33 | wish.com/merchant/546d79119719cd21ac4d0b14 | MMS Tmall |
| 34 | wish.com/merchant/5559db2cbd2f970e6bb6f3f6 | wan widget maker intemational |
| 35 | wish.com/merchant/5712ec7400a681592c50ec6f | Pierre |
| 36 | wish.com/merchant/5741a2069023c059673db2c7 | Ninomi |
| 37 | wish.com/merchant/5742efb09b39df594aafd025 | lisheng's shop |
| 38 | wish.com/merchant/576a4b05615c5b5e68786bb5 | duozifengcai123 |
| 39 | wish.com/merchant/5d1bb82c3e1637487a53a268 | Ernie's ToyShop |
| 40 | wish.com/merchant/5e7413c17e1ecc19429844e2 | MarquisMattox |
| 41 | wish.com/merchant/5e927604a93eff2882479125 | Moshk |
| 42 | wish.com/merchant/5f40992936d3820d541a45a4 | yuste998 |
| 43 | wish.com/merchant/5f9f601edeb1a4004901cda1 | teresa buendia |